## Helfrich v. Gurnari, Appellant (No. 2).

OPINION BY TREXLER, J., April 17, 1922:

For the reasons set forth in opinion filed this day in number 19, March Term, which arises out of the same case, judgment is affirmed.